IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

GEORGIA JONES, ET AL.                                                                 PLAINTIFFS

VS.                                            CIVIL ACTION NO. 5:05cv-00152-DCB-JMR

PERRIGO, INC., ET AL.                                                                 DEFENDANTS

**Agreed Order of Dismissal with Prejudice**

This day there came on for hearing the joint *ore tenus* motion of the parties to dismiss with prejudice all claims of Plaintiffs against Defendant L. Perrigo Company (erroneously sued as Perrigo, Inc.) in this action, and the Court being advised that all claims against Winn Dixie Stores, Inc. were previously dismissed by order in the United States District Court for the Western District of Washington on March 2, 2005, and further being advised that the parties have reached a full and complete settlement of all claims, and otherwise being fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that all claims of the Plaintiffs against Defendant L. Perrigo Company, erroneously sued as Perrigo, Inc., and any claims against Winn Dixie Stores, Inc. are hereby dismissed with prejudice with each party to bear its own costs.

SO ORDERED, this the 25th day of September, 2006.

UNITED STATES DISTRICT JUDGE

S/DAVID BRAMLETTE

AGREED:

/s/ Edward A. Williamson
EDWARD A. WILLIAMSON (MSB No. 7276)
Attorney for Plaintiffs

/s/ Neville H. Boschert
NEVILLE H. BOSCHERT (MSB No. 3697)
Attorney for L. Perrigo Company,
erroneously sued
as Perrigo, Inc.